# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GARL A. FOUNTAIN, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. CIV-15-914-R |
| SOUTHWESTERN MEDICAL CENTER, LLC, | ) |
|       Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this case hereby stipulate that their claims are hereby dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

s/Joshua C. Stockton
Joshua C. Stockton, OBA # 21833
136 N.W. 10th Street, Suite 200
Oklahoma City, OK 73103
Phone: (405) 235-4500
Email: jstockton@browngouldlaw.com
***Attorneys for Plaintiff Garl Fountain***

s/ Joshua A. Cline
Kathy R. Neal, OBA #674
MCAFEE & TAFT
A Professional Corporation
1717 South Boulder, Suite 900
Tulsa, Oklahoma 74119
918/587-0000 (PHONE)
918/599-9317 (FAX)
kathy.neal@mcafeetaft.com

-and-

Joshua A. Cline, OBA #30047
MCAFEE & TAFT
A Professional Corporation
Tenth Floor, Two Leadership Square
211 N Robinson
Oklahoma City, OK  73102
405/235-9621 (PHONE)
405/235-0439 (FAX)
josh.cline@mcafeetaft.com
***Attorneys for Defendant***
***Southwestern Medical Center, LLC***